Argued January 17, affirmed January 17, 1972

STATE OF OREGON, *Respondent, v.* ROBERT
CHARLES POITRAS (Nos. C-52301 and
C-54584), *Appellant.*

492 P2d 833

*James T. Marquoit,* Portland, argued the cause for
appellant. With him on the brief were Maizels & Marquoit, Portland.

*John W. Burgess,* Special Assistant Attorney General, Salem, argued the cause for respondent. With
him on the brief were Lee Johnson, Attorney General,
and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.